IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-02-00225-CR

 

Gene Maurice Massey,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 40th District Court

Ellis County, Texas

Trial Court # 25464CR

 



CONCURRING Opinion



 








As noted in their discussion of the sufficiency
of the evidence, Massey pled true to the allegations that he violated his
conditions of community supervision.  A plea
of true to any one of the alleged violations is sufficient to support the trial
court's order of revocation.  Cole v. State, 578 S.W.2d 127, 128 (Tex.
Crim. App. [Panel Op.] 1979); Moore v.
State, 11 S.W.3d 495, 498 n. 1 (Tex. App.—Houston [14th Dist.] 2000, no pet.); Aldredge v. State, 703 S.W.2d 354, 355 (Tex.
App.—Waco 1985, no pet.).  And once a
plea of true has been entered, a defendant may not challenge the sufficiency of
the evidence to support the subsequent revocation.  Cole,
578 S.W.2d at 128.

Nothing further in support of the allegation is
needed.  Thus, the majority’s discussion
of the evidence and apparent reliance, in part, upon it is unnecessary to the
disposition of the appeal.  I concur in
the judgment affirming the revocation of community supervision.

 

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

Concurring opinion
delivered and filed June 30, 2004

Do
not publish